DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDER FISHBEYN,**
Appellant,

v.

**BOARDWALK 2001, LLC,**
Appellee.

No. 4D20-1143

[February 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE18-17023.

Michael L. Cotzen of Cotzen Law, P.A., Aventura, for appellant.

Joshua J. Shore and Joseph J. Huss of Krinzman Huss Lubetsky Feldman & Hotte, Fort Lauderdale, and Jordan I. Wagner of Law Offices of Jordan I. Wagner, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***